IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 0 1 2008
J. T. NOBLIN, CLERK
BY_____DEPUTY

TAVARCHIE L. RANKIN                                                    PLAINTIFF

V.                                              CIVIL ACTION NO. 4:05cv191-TSL-LRA

ENTERKINS, *et al.*                                                   DEFENDANTS

## AGREED ORDER OF DISMISSAL

The parties appeared before the Court on this date for an Omnibus Hearing, and the plaintiff made an *ore tenus* motion to voluntarily dismiss his case. The defendant had no objection to such dismissal.

IT IS, THEREFORE, ORDERED that this case is dismissed with prejudice.

SO ORDERED, this the 31st day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

_____
Plaintiff, Pro Se

_____
Counsel for Defendant

_____
Counsel for Defendant